AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

Yury Melissa Aguinano Romero
*Petitioner*
)
)
)
)
)
)
)
)
)

v.

Ice Burlington
*Respondent*

Case No. _____

*(Supplied by Clerk of Court)*

**FILED**
IN CLERKS OFFICE

2025 JUN -5 PM 1: 00

*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Emergency!**

### Personal Information

1.    (a) Your full name: _____
      (b) Other names you have used: _____
2.    Place of confinement:
      (a) Name of institution: _____
      (b) Address: _____

      (c) Your identification number:    A- 220 908 450
3.    Are you currently being held on orders by:
      ☐ Federal authorities      ☐ State authorities      ☐ Other - explain: _____

4.    Are you currently:
      ☐ A pretrial detainee (waiting for trial on criminal charges)
      ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you: _____

          (b) Docket number of criminal case: _____
          (c) Date of sentencing: _____
      ☐ Being held on an immigration charge
      ☐ Other *(explain):* _____

### Decision or Action You Are Challenging

5.    What are you challenging in this petition?
      ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☒ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6.    Provide more information about the decision or action you are challenging:
      (a)  Name and location of the agency or court:

      (b)  Docket number, case number, or opinion number:
      (c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

      (d)  Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**
      Did you appeal the decision, file a grievance, or seek an administrative remedy?
      ☒ Yes              ☐ No
      (a)  If "Yes," provide:
            (1)  Name of the authority, agency, or court: Filed I 246 but denied.

            (2)  Date of filing:
            (3)  Docket number, case number, or opinion number:
            (4)  Result:
            (5)  Date of result:
            (6)  Issues raised:

      (b)  If you answered "No," explain why you did not appeal:

8.    **Second appeal**
      After the first appeal, did you file a second appeal to a higher authority, agency, or court?
      ☐ Yes                    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes          ❏ No

(a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes          ☑ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ❏ Yes          ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
        ☐ Yes        ☑ No
        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☑ Yes        ☐ No
        If "Yes," provide:
    (a)    Date you were taken into immigration custody:    June 3, 2025
    (b)    Date of the removal or reinstatement order:
    (c)    Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Date of filing:

(2)  Case number:

(3)  Result:

(4)  Date of result:

(5)  Issues raised:

(d)      Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Name of court:

(2)  Date of filing:

(3)  Case number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☐ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:

(b)  Name of the authority, agency, or court:

(c)  Date of filing:

(d)  Docket number, case number, or opinion number:

(e)  Result:

(f)  Date of result:

(g)  Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** We don't think illegal matter was taking. The thing is that Yury has a 2 year old that sleeps only breastfeeding and a 3 year old that is sick. We can't get the 2 year old to stop crying.

(a) Supporting facts (Be brief. Do not cite cases or law.):

Petitioner had an removal proceeding for July and was put on GPS system. She has obeyed every appointment. But was called last minute in and detained with no plans for the children. The 2 year old hasn't sleeped. And we don't know what to do.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes        ☐ No

**GROUND TWO:** We don't have any of the information for the appeal. Lawyer is not answering has ignored every call. We are taking it upon ourselves to see if we help the children. For mom to be with them until Removal in July.

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☒ No

**GROUND THREE:**

(a) Supporting facts (Be brief. Do not cite cases or law.):

Oldest daughter Ashley Valentina Aguiriano has no dad present only her mom.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15.  State exactly what you want the court to do: We are please asking if mother Can be released with term and Conditions to be removed with her entire family as Planned with ICe at her previous appointment. Because of this unforseen Situation. We are Stuck with a 2 year old that hasn't stopped crying and eat. With 2 more other children that we don't know what will happen. We are not able to find a lawyer due to the amount of cases there are with ICe. Thank you.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: June 5, 2025

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*